IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION NO.: 7:22-cv-00115-BO

| | |
|---|---|
| JACOB BOERNER, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER GRANTING JOINT MOTION** |
| | ) **TO STAY THE CASE** |
| RHA HEALTH SERVICES, INC. and RHA HEALTH SERVICES NC, LLC, | ) |
| Defendants. | ) |

THIS CAUSE having come before the Court on the Parties' *Joint Motion to Stay Case* and this Court having considered the motion and all relevant factors, it is hereby ORDERED AND ADJUDGED that:

The Parties' Joint Motion is GRANTED. This case is stayed up to and including, Friday, December 2, 2022. The Parties are hereby DIRECTED to promptly inform the Court of a successful resolution of this matter, or should mediation fail to resolve the case, prepare and file a Joint Status Report, outlining a proposed schedule for Defendants' responsive pleading, as well as proposed discovery and motion practice for the case by December 2, 2022.

This the _1_, _Nov._ 2022.

_____
TERRENCE W. BOYLE
United States District Judge