IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CV-115-BO

| | | |
|---|---|---|
| JACOB BOERNER, | ) | |
|      Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| RHA HEALTH SERVICE, INC., and | ) | |
| RHA HEALTH SERVICES NC, LLC, | ) | |
|      Defendants. | ) | |

This cause comes before the Court following the filing of a joint status report. [DE 12].

Pursuant to the status report and this Court's order [DE 11], the stay in this matter is hereby

LIFTED. Subject to the Court being notified that the parties have settled all matters in controversy

between them, defendants shall answer or otherwise respond to plaintiff's complaint not later than

December 16, 2022.

SO ORDERED, this **7** day of December 2022.

_Terrence W. Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE